UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20600-BB

WINDY LUCIUS,

    Plaintiff,

v.

AMERICAN DAIRY QUEEN CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, WINDY LUCIUS, and Defendant, AMERICAN DAIRY QUEEN CORPORATION, having entered into a confidential settlement and release agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: June 3, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Adam S. Chotiner* |
| J. Courtney Cunningham, Esq. | Adam S. Chotiner, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A. |
| FBN: 628166 | FBN: 0146315 |
| 8950 SW 74th Court | 7777 Glades Road |
| Suite 2201 | Suite 400 |
| Miami, Florida 33156 | Boca Raton, FL 33434 |
| T:  305-351-2014 | T:  561-477-7800 |
| cc@cunninghampllc.com | achotiner@sbwh.law |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

*s/ Matthew T. Boos*
Matthew T. Boos (*admitted pro hac vice*)
FREDRIKSON AND BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
T.:  612.492.7000
mboos@fredlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.